**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 03-47-DLB-CJS-2**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**vs.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**CARLOS MENDEZ PHILLIPS**                                        **DEFENDANT**

*********************

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of 48 months imprisonment, with no supervised release to follow. (Doc. # 191). During the final revocation hearing before Magistrate Judge Smith on May 25, 2017, Defendant admitted to violating the terms of his supervised release (Docs. # 189, 191), as set forth in the May 17, 2017 Violation Report. (Doc. # 185).

Defendant having waived his right to allocution (Doc. # 192), and the time for filing objections having passed, this matter is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1

(1) The Magistrate Judge's Report and Recommendation (Doc. # 191) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a term of **forty-eight (48) months**, with **no supervised release to follow**;

(5) Defendant's sentence shall be served, if possible, at the federal medical facility closest to his home that is able to provide appropriate treatment for his Graves Disease; and

(6) A Judgment shall be entered concurrently herewith.

This 19th day of June, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2003\03-47 Order Adopting R&R re SRV (Phillips).wpd